| | |
|---|---|
| 1 | SUSAN HILDEN, ESQ., Bar # 5358 |
| | LITTLER MENDELSON |
| 2 | 3960 Howard Hughes Parkway |
| | Suite 300 |
| 3 | Las Vegas, NV  89169-5937 |
| | Telephone:     702.862.8800 |
| 4 | Fax No.:         702.862.8811 |
| 5 | Attorneys for Defendant |
| | TERRIBLE HERBST OIL CO. |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. WHEELER, | Case No. 2:10-cv-00866-GMN-NJK |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| vs. | |
| TERRIBLE HERBST, a Nevada corporation, | |
| Defendant. | |

　　IT IS HEREBY STIPULATED between Plaintiff Arthur Wheeler, and Defendant Terrible Herbst Oil Co., ("Defendant") by and through their designated counsel of record, that this case and each and every cause of action be dismissed in its entirety against Defendant, with prejudice, with

///
///
///
///
///
///
///
///

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

each party to bear their own attorneys' fees and costs.

Dated:  April 1, 2014                                     April 1, 2014

_____/s/_____             _____/s/_____
RICHARD SEGERBLOM                                 SUSAN HILDEN ESQ.
                                                                      LITTLER MENDELSON
Plaintiff
                                                                      Attorneys for Defendant

Firmwide:126063107.1 036579.1015

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/07/2014**

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.